**00–1984.   Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On discretionary appeal, motion for admission *pro hac vice* of Michael W. Morrison and Dale R. Kurth by Brian T. Winchester for Allstate Ins. Co., motion for admission *pro hac vice* by Jordan Berns for A. Hugh Scott and Kathleen A. Burdette for Aetna and Travelers, motion for admission *pro hac vice* by Gregory J. DeGulis of International Surplus Lines Ins. Co. for Clay Phillips and Dennis Dolan, and motion for admission *pro hac vice* by Lawrence R. Bach for Michael J. Balch. Appeal allowed and motions granted.

Moyer, C.J., and Lundberg Stratton, J., would allow only on Propositions of Law Nos. I and III. Cook, J., not participating.